DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McINNIS

No. 199P91

Case below: 102 N.C.App. 338

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. OXENDINE

No. 568P90

Case below: 100 N.C.App. 333

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.

STATE v. PICKETT

No. 114A91

Case below: 101 N.C.App. 576

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.

STATE v. QUINN

No. 138P91

Case below: 101 N.C.App. 576

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. RAWLINSON

No. 38P91

Case below: 101 N.C.App. 243

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.